IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Chuck Gates
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Obion County Jail
Denniss Dean (head administrator)
Jerry Vastbinder (Sheriff Obion County)
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _____

         Defendants: _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____

      4. Name of judge to whom case was assigned: _____

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Revised 4/18/08

II.   Place of Present Confinement: Obion County Jail
    A. Is there a prisoner grievance procedure in the institution?
                                                     Yes (✓) No ( )
    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?           Yes (✓) No ( )
    C. If your answer is Yes:
       1. What steps did you take? Kiosk grievances, handwritten grievances, & verbal grievances
       2. What was the result? Unprofessional misconduct, antagonizing responses, & retaliation
    D. If your answer is No, explain why not: _____

III.  Parties
    (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
    A. Name of Plaintiff Chuck Gates
       Address one law lane Union City TN

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
    B. Defendant Dennis Dean is employed as Head administrator at Obion County Jail

    C. Additional Defendants: Jerry Vastbinder is Sheriff and supervisor to Dennis Dean. Obion County Jail's legal dept.

IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

\# Anti-Muslim hate crimes and infringements of the 1st Amendment "Congress shall make no law respecting an establishment of religion OR PROHIBITING THE FREE EXERCISE there of".
\# Dennis Dean has led the attack with religious persecution and anti-muslim prejudice violating my right to the free exercise of religion.
\# Violations such as USSC decisions 441 US 520 535 N.16 1799 from Dean
\# Obion County Jail's legal department & Sheriff Jerry Vastbinder has ignored protocol grievances thus allowing Dean's administration to cause great distress for more that a year.

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(protocol)
\# I request a significant explanation why grievance has failed from O.C.J.'s legal dept. to the D.O.J. diplomatic officials that are obligated to ensure specific rights to Pretrial detainees. \# I request the court to bridge the gaps that failed protocol with a review committee in partnership with Council of American-Islam Relations. \# I request the court to order Obion County Jail to post these new Protocol steps, USSC Pretrial detainee rights, + Bill of Rights in each pod + in the processing area. \# I request the court to initiate orientation films to administration in reference to interfaith creating equality among differ religions. \# I request the court to order O.C.J. allowing Islamic true meaning journals in an effort to dispel negative sterotypes of Islam. \# I request in all that the court order Obion County Jail to make room in the Bill of Rights for Muslims.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __1st__ day of __August__, 20__11__.

_Chuck Coates_

_____
(Signature of Plaintiff/Plaintiffs)